UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ANDRE BISASOR,
Plaintiff,

v.

CRAIG S. DONAIS;
RUSSELL F. HILLIARD;
DONAIS LAW OFFICES, PLLC;
UPTON & HATFIELD, LLP;
and MARY K. DONAIS,
Defendants.

Case No. 1:23-CV-11313

### [EMERGENCY] MOTION TO AMEND SUPERIOR COURT COMPLAINT



NOW COMES the Plaintiff Andre Bisasor (hereinafter "plaintiff"), and respectfully request that the court

allow me, in this court, to amend the complaint filed in superior court (which complaint was filed in

superior court prior to the case being removed to this court). In support of this motion, plaintiff states the

following:

1. This case was removed from superior court yesterday.

2. I was blindsided by the snap removal to federal court by the defendants.

3. Given that this matter is now before the federal court, I need an opportunity to amend my complaint
   in federal court.

4. Similarly, there are additional acts by the defendants that have occurred since the filing of the
   complaint in superior court, that I need to bring to the attention of the federal court.

5. This includes further acts that show acts of further interference with advantageous relations, acts that
   show conspiracy to commit torts, and acts designed to violate my civil rights. This information was not
   available prior to filing of complaint in superior court. I also intend to add a defendant as a necessary
   party.

6. Please note that the case was just removed yesterday. No motions have been filed by the defendants in
   this case whether in superior court or in this court. No answer has been filed by the defendants
   whether in superior court or in this court. No discovery has occurred whether in superior court or in
   this court. All defendants have not yet been served process and the deadline to serve process on
   remaining unserved defendants has not yet expired.  I also have not yet been allowed to do e-filing as
   a pro se litigant in this court.

7. However, I also have pending motions that were not ruled on in superior court prior to removal to
   this court including a renewed motion to enter default against defendants Craig Donais and Russell
   Hilliard.

8. The federal court freely allows complaints to be amended at least once in the federal court.

9. There is no bar to allowing amendments to a complaint once removed to federal court. See Freemanan v. Bee Mach. Co., 319 U.S. 448 (1943)(If the federal court has jurisdiction of the removed cause and if the amendment to the complaint could have been made had the suit originated in the federal court, the fact that the federal court acquired jurisdiction by removal does not deprive it of power to allow the amendment.).

10. I also am seeking counsel to represent me in this case and need assistance in the amended complaint.

11. As a pro se plaintiff, I may not be able to plead my claims like a lawyer would. I thus need help to do so. But first I need an opportunity to do so. So I ask the court to allow me to do so.

12. I am also not as familiar with all of the rules and standards of the federal court. As this court is aware, litigating this case in federal court is an entirely different matter than litigating in state court.

13. I ask that this motion be resolved before any dispositive motion or act is resolved by the court.

14. I hereby preserve all rights waiving no rights whatsoever.

15. This is being filed as an emergency because I could be significantly prejudiced without allowance of an amendment to the complaint.

16. I have sought to confer with the defendants' counsel but due to unreasonable time constraints presented to me today by defendants' counsel regarding my request for an opportunity to confer on certain matters today, I was not able to obtain conference prior to filing.

17. Please grant a pro se liberal construction to this pleading.

18. Please grant the relief requested.

Respectfully submitted,
/s/ Andre Bisasor
Andre Bisasor
679 Washington Street, Suite # 8-206
Attleboro, MA 02703
T: 781-492-5675
Email: quickquantum@aol.com

June 13, 2023

**CERTIFICATE OF SERVICE**
I certify that a copy of the foregoing was served to the defendants or their counsel in this case.

/s/ Andre Bisasor
Andre Bisasor
679 Washington Street, Suite # 8-206
Attleboro, MA 02703
T: 781-492-5675
Email: quickquantum@aol.com

2