UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ANDRE BISASOR,<br>    Plaintiff,<br><br>vs.<br><br>CRAIG S. DONAIS, RUSSELL F. HILLIARD, DONAIS LAW OFFICES PLLC, UPTON AND HATFIELD LLP, and MARY K. DONAIS,<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Case No. 1:23-cv-11313-WGY<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANTS RUSSELL F. HILLIARD'S AND UPTON & HATFIELD'S NOTICE OF JOINDER TO OPPOSITION OF DEFENDANTS CRAIG S. DONAIS, MARY K. DONAIS AND DONAIS LAW OFFICES PLLC'S OPPOSITION TO PLANTIFF'S [EMERGENCY] MOTION TO EXTEND TIME TO FILE OPPOSITIONS TO MOTIONS TO DISMISS**

NOW COME Defendants Russell F. Hilliard ("Hilliard") and Upton & Hatfield, LLP ("Upton & Hatfield"), who note their joinder to the Opposition (Doc. no. 42) filed by Defendants Craig Donais, Mary Donais, and Donais Law Offices PLLC (the "Donais Defendants") to Plaintiff's Emergency Motion to Extend Time to File Oppositions to Motion to Dismiss (Doc. no. 41).

Specifically, Hilliard and Upton & Hatfield adopt and join in the arguments advanced by the Donais Defendants regarding the prior extension granted to Plaintiff, the prejudice to all parties in light of the July 27, 2023 hearing date on Defendants' Motion to Dismiss, and the lack of specificity advanced by Plaintiff in seeking a further extension. Hilliard and Upton & Hatfield note that Mr. Bisasor did confer with their counsel pursuant to Rule 7.1 prior to filing his emergency motion, and thus do not adopt or join the Donais Defendants' argument as to Rule 7.1 compliance.

WHEREFORE, Defendants Russell F. Hilliard and Upton & Hatfield, LLP join the Opposition (doc. no. 42) filed by Defendants Craig Donais, Mary Donais, and Donais Law Offices, PLLC (the "Donais Defendants") to Plaintiff's Emergency Motion to Extend Time to File

20742446.1

Oppositions to Motion to Dismiss (doc. no. 41), and respectfully request this Honorable Court deny Plaintiff's request for a further extension, along with any other relief the Court deeps proper.

Respectfully submitted,
The Defendants,
RUSSELL F. HILLIARD and
UPTON & HATFIELD, LLP,
By their attorneys,

/s/ Daniel R. Sonneborn
William C. Saturley (BBO # 442800)
wsaturley@preti.com
Daniel R. Sonneborn (BBO # 679229)
dsonneborn@preti.com
Preti Flaherty Beliveau & Pachios, LLP
60 State Street, Suite 1100
Boston, MA 02109
T: (617) 226-3800

Dated: July 16, 2023

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true copy of this document to be served via electronic filing on all counsel of record or pro se parties on July 16, 2023.

/s/ Daniel R. Sonneborn
Daniel R. Sonneborn

20742446.1